```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Tony Ellison

      v.                                                Civil No. 12-cv-36-PB

NH State Prison Warden

### O R D E R

Because the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

     SO ORDERED.

                                               /s/ Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge

Date: February 11, 2013

cc: Tony Ellison, Pro se